IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBERT ALEXANDER**                                                                               **PLAINTIFF**

v.                                      **3:20-CV-00333-BSM**

**SOCIAL SECURITY ADMINISTRATION**                                     **DEFENDANT**

## ORDER

After reviewing the entire record *de novo,* including Robert Alexander's objections, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 13] is adopted. The Commissioner's decision is therefore affirmed and the complaint [Doc. No. 1] is dismissed with prejudice.

IT IS SO ORDERED this 12th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE