IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBERT ALEXANDER**                                                                                     **PLAINTIFF**

**v.**                                     **3:20-CV-00333-BSM**

**SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of April, 2022.

                                                             _/s/ Brian S. Miller_
                                                     UNITED STATES DISTRICT JUDGE